UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>      Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND ORDER REGARDING TRAVEL SEPTEMBER 6, 2009** |

Undersigned counsel for Mr. Gill hereby requests that he be allowed to travel to attend a family function on Sunday, September 6, 2009 from 3:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

The United States has no objection.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request.

Dated:  August 31, 2009                      MARTIN SABELLI/s/
                                                          Martin Sabelli
                                                          Counsel for Kulwant Gill

Dated:  August 31, 2009                      Laurel Rimon /s/
                                                          Laurel Rimon
                                                          Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 2:08-cr-00107-LKK<br><br>**ORDER**<br><br><br><br><br>HONORABLE MAGISTRATE JUDGE GREGORY HOLLOWS |

　　　GOOD CAUSE APPEARING,

　　　IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend a family function on Sunday, September 6, 2009 from 3:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

Date: September 3, 2009

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　HON. GREGORY HOLLOWS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE
　　　　　　　　　　　　　　　　 JUDGE

Gill.trav